No. 876. NATIONAL LABOR RELATIONS BOARD *v.* ACME INDUSTRIAL Co. C. A. 7th Cir. (Certiorari granted, 383 U. S. 905.) Motion of the International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, UAW, AFL–CIO, for leave to intervene granted. *Joseph L. Rauh, Jr., John Silard* and *Harriett T. Taylor* on the motion.

No. 959. BAINES ET AL. *v.* CITY OF DANVILLE. Motion to advance denied. *Arthur Kinoy* and *William M. Kunstler* for petitioners on the motion.

No. 1181. ANDERS *v.* CALIFORNIA. Sup. Ct. Cal. (Certiorari granted, 383 U. S. 966.) Motion of petitioner for appointment of counsel granted. It is ordered that *Ira Michael Heyman, Esquire,* of Berkeley, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 987, Misc. FADELY *v.* CALIFORNIA ET AL. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *David S. Sperber,* Deputy Attorney General, for respondents.

No. 875. FIRST NATIONAL BANK OF LOGAN *v.* WALKER BANK & TRUST Co. C. A. 10th Cir.;

No. 1009. FIRST SECURITY BANK OF UTAH, N. A. *v.* COMMERCIAL SECURITY BANK. C. A. D. C. Cir.; and

No. 1126. SAXON, COMPTROLLER OF THE CURRENCY *v.* COMMERCIAL SECURITY BANK. C. A. D. C. Cir. Certiorari granted. Cases consolidated and two hours allotted for oral argument. Reported below: No. 875, 352 F. 2d 90.